Appellate District. Certiorari denied. *John W. Howard* for petitioners.

No. 680. ISTHMUS DEVELOPMENT Co. *v.* BURT. C. A. 5th Cir. Certiorari denied. *Wm. Q. Boyce* for petitioner. *D. H. Culton, B. M. Britain* and *L. A. White* for respondent.

No. 681. GUSICK *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied. *Wm. Scott Stewart* for petitioner. *Robert Morrison,* Attorney General of Arizona, and *R. G. Langmade,* Special Assistant Attorney General, for respondent.

No. 683. KAMMERER *v.* ATLANTIC COAST LINE RAILROAD Co. C. A. 5th Cir. Certiorari denied. *Thurman Arnold* and *Milton V. Freeman* for petitioner. *Charles L. Gowen* for respondent.

No. 710. WINSLOW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John R. Golden* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 150, Misc. MEEHAN *v.* CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Chief Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 374, Misc. HERZIC *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.